Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00062-CV

**IN RE** Hector **MELLO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  March 16, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On January 26, 2010, relator Hector M. Mello filed a petition for writ of mandamus, seeking to compel the trial court to rule on his "writ of replevin" that was filed in Cause No. 2005-CI-18191.  However, the record indicates the case was closed in 2006 after the trial court granted a final default judgment.  Therefore, the trial court did not have a ministerial duty to rule on a "writ of replevin" that was filed after the case was closed.

Accordingly, relator's petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2005-CI-18191, styled *State of Texas v. Four Thousand One Hundred Fifty-Five Dollars ($4,155.00) United States Currency*, in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.